# United States District Court
# Northern District of Illinois

In the Matter of

Mark Moynahan

v.

Champion Laboratories, Inc., et al

Case No 08 C 3165

Designated Magistrate Judge
Martin C. Ashman

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **James B. Zagel** to be related to **08C2046** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

Judge Robert W. Gettleman

Dated: June 13, 2008

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Robert W. Gettleman**.

## ENTER

## FOR THE EXECUTIVE COMMITTEE

Chief Judge James F. Holderman

Dated: JUN 1 6 2008

FILED 2008 JUN 17 PM 1: 52 U.S. DISTRICT COURT